UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SALVADOR MORALES, | No. CV 17-04179-R (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| SEXTON, Warden | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: October 22, 2018

_____

MANUEL L. REAL
United States District Judge